**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. 11-20129

SCOTT WILLIAM SUTHERLAND et al.,

    Defendants.
                                           /

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. 11-20066

JEFF GARVIN SMITH et al.,

    Defendants.
                                           /

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. No. 12-20387

SMILEY VILLA et al.,

    Defendants.
                                           /

**ORDER GRANTING IN PART AND DENYING IN PART**
**GOVERNMENT'S MOTION TO CONSOLIDATE**

Before the court is the Government's August 14, 2012 motion to consolidate, partially opposed by various Defendants. The Government requests that three criminal cases be consolidated on to one docket for pretrial purposes: United States v. Jeff

Garvin Smith, et al. (No. 11-20066) and United States v. Smiley Villa (No. 12-20387), with United States v. Scott William Sutherland, et al. (No. 11-20129). The Government specifically states that this is not a motion for joinder under Federal Rules of Criminal Procedure 8 and 13, but instead is a motion brought to conserve judicial and party resources.

The court has consulted with the Clerk's Office and is informed of various difficulties involved in attempting the type of electronic consolidation envisioned by the Government. The court is persuaded that these administrative burdens, even impossibilities, preclude consolidating the matters into one docket. The court, however, appreciates that these three cases are related and thus, as a practical matter, will keep them scheduled on the same track. Subject to later revision, all orders entered by the court will include the captions for all three cases and will be entered on all three dockets. The parties will be directed to do the same; the parties shall include the caption as detailed above, and shall file all pleadings and briefs on all three cases until further order of the court. Accordingly,

IT IS ORDERED that the Government's August 14, 2012 motion to consolidate is GRANTED IN PART and DENIED IN PART. IT IS GRANTED in that the court will track the three cases together for all pretrial proceedings. IT IS DENIED in that the court will not consolidate the cases onto one docket.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 7, 2012, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522